```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF FLORIDA
                PANAMA CITY DIVISION
```

IN RE:                                    CASE NO. 09-50781-PCY5
                                          CHAPTER 13
FRANKLIN PIERCE SMITH, JR.
BENNIE CHESTNUT SMITH

             Debtor(s)            /

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIFINANCIAL which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 419348 in the amount of 700.31 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
                            OFFICE OF THE CHAPTER 13 TRUSTEE
                            POST OFFICE BOX 646
                            TALLAHASSEE, FL 32302
                            ldhecf@earthlink.net
                            (850) 681-2734 "Telephone"
                            (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

```
FRANKLIN PIERCE SMITH, JR.    CITIFINANCIAL
BENNIE CHESTNUT SMITH         4480 LAFAYETTE ST.
1397 MA HODGES ROAD           MARIANNA, FL 32448
GRACEVILLE, FL  32440
```

AND

```
QUINN E. BROCK, ESQUIRE
P.O. BOX 311167
ENTERPRISE, AL 36331-1167
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                        /s/Leigh D. Hart or
                        /s/William J. Miller, Jr.
8/31/2011  1:29 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE
```